PER CURIAM:

Julian Edward Rochester appeals the district court's order accepting the recommendation of the magistrate judge and denying his petition for a writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we deny the motion for leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Rochester v. South Carolina Dept of Corr.,* No. 2:06–cv–03085–HMH (D.S.C. Dec. 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Miguel Quinones has filed a petition for writ of mandamus in which he alleges that the district court has unduly delayed acting on his 28 U.S.C. § 2254 (2000) petition. Quinones asks this court to issue an order directing the district court to order the Respondent to answer his petition. The district court's docket report reveals that after Quinones filed his writ of mandamus, the Respondent answered Quinones's petition. Because Quinones has received the relief he sought, we grant leave to proceed in forma pauperis but deny Quinones's mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*

**In re: Miguel QUINONES, Petitioner.**

No. 07–6086.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 31, 2007.

Decided: June 19, 2007.

Miguel Quinones, Petitioner Pro Se.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

**Carmansita WASHINGTON,
Plaintiff—Appellant,**

v.

**WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY,
Defendant—Appellee.**

No. 07–1038.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 4, 2007.

Decided: June 19, 2007.